IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RONALD HYDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0364 |
| | ) | Judge Trauger |
| WARDEN LEIBACH, | ) | |
| UNIT MANAGER T. COOPER, | ) | |
| Defendants. | ) | |

## O R D E R

On August 17, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 19), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court.

For the reasons expressed therein, it is hereby **ORDERED** that the letter from the *pro se* plaintiff (Docket No.18), which has been treated as a motion for voluntary dismissal is **GRANTED**, and this case is **DISMISSED** pursuant to Federal Rules of Civil Procedure 41(a)(2).

It is so **ORDERED.**

ENTER this 19th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge